IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| B.G., a Minor by and through his Natural Mother and Next Friend, CYNTHIA HATFIELD,<br><br>    Plaintiff,<br>v.<br><br>WALMART STORES, INC.,<br><br>    Defendant. | Civil Action No. 2:17-cv-02175 |

FILED IN OPEN COURT
5/31/18
TIMOTHY M. O'BRIEN, CLERK
BY S. Wiest
DEPUTY CLERK

### JUDGMENT AND ORDER APPROVING SETTLEMENT OF MINOR'S CLAIM AND DISTRIBUTION OF NET PROCEEDS

NOW ON this 31st day of May, 2018, this cause comes on regularly to be heard. Plaintiff, B.G., a minor, appears by and through his Natural Mother and Next Friend, Cynthia Hatfield, and their attorney, Kahlie M. Hoffman of The Dickerson Oxton Law Firm. Defendant Wal-Mart Stores, Inc. appears by its attorney, Kutak Rock, LLC. Trial by jury is expressly and knowingly waived in open Court and by Minor Plaintiff's Next Friend and Minor Plaintiff's claims against Defendant are submitted to the Court upon the Application and evidence adduced.

The Court now being fully advised, finds that the proposed Settlement in the amount of Ten Thousand and 00/100 Dollars ($10,000.00), is fair and reasonable and should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

  1.  Cynthia Hatfield is the duly appointed Next Friend of B.G., a minor and resident of the State of Kansas.

  2.  A settlement of minor B.G.'s claims in the sum of Ten Thousand and 00/100 Dollars ($10,000.00) is fair, reasonable, and in the best interest of said minor, and under the facts

and circumstances involved, it is reasonable and proper and is hereby approved, and is to be paid as follows:

      a.    That Nine Thousand, Four Twenty-Two and 00/100 Dollars ($9,422.00) is ordered to be paid to Cynthia Hatfield for the exclusive use and benefit of B.G., a minor.

      b.    That Five Hundred, Seventy-Eight and 00/100 Dollars ($578.00) is ordered to be paid to Cynthia Hatfield for loss of services.

3.    That the funds due to Minor Plaintiff's attorney Kahlie M. Hoffman in the amount of $1,609.22 are fair and reasonable shall and be paid to her law firm, Dickerson Oxton, LLC, for her Attorney's Fees for Minor B.G.

4.    That the funds due to Minor Plaintiff's attorney Kahlie M. Hoffman in the amount of $4,889.14 are fair and reasonable shall and be paid to her law firm, Dickerson Oxton, LLC, for her case expenses incurred in the matter.

5.    The Court finds Minor Plaintiff has received medical benefits in the amount of $1,314.42 pursuant a Kansas Medicare/KanCare/Amerigroup Kansas Plan as a result of his injuries from this incident, and that such carrier holds a valid subrogation interest in the settlement funds in such amount which shall be paid directly to Optum, Inc.  The Court therefore approves and directs that the amount of $1,314.42 shall be paid from Minor Plaintiff's settlement funds to Optum, Inc., to honor this lien. Proof of such payment shall be provided to Defendant by Plaintiff's counsel.

6. The Court approves and finds reasonable the $1,609.22 amount of the settlement going to Minor Plaintiff after deduction of the attorney fees and case expense amounts noted above. Such amount is fair, reasonable, and in the best interests of Minor Plaintiff.

7. That the Release proposed by Minor Plaintiff and Minor Plaintiff's Next Friend to be executed by the Next Friend on behalf of said minor, subject to the approval of the Court, is in proper form and is hereby approved.

8. The Court approves the above settlement distribution which is set forth in Exhibit "A" attached hereto.

9. That Cynthia Hatfield, as the natural mother of said minor, is hereby authorized and directed to execute the Settlement Agreement for Minor Plaintiff's claims and Loss of Services and any such other documents as may be necessary to release all claims and causes of action against defendant Wal-Mart Stores, Inc.

9. That the parties are to bear their own costs in this action.

10. That this matter be dismissed, with prejudice, upon Defendant's payment of the total settlement amount agreed to by the parties.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Defendant shall pay the settlement proceeds in the amounts of TEN THOUSAND AND 00/100 ($10.000.00), payable to Cynthia Hatfield as Next Friend of Minor B.G. as set forth in the Distributions of Settlement, attached hereto as Exhibit A.

IT IS FURTHER ORDERED that Minor Plaintiff's Next Friend or Plaintiff's counsel, Kahlie M. Hoffman of the law firm of Dickerson Oxton, LLC, shall have the authority to deposit the $1,609.22 funds received on behalf of the Minor Plaintiff to ensure those funds are deposited in a

restricted bank account to be maintained for the sole benefit of the respective Minor Plaintiff until said minor reaches the age of 18 years, at which time the funds shall be disbursed to the Minor Plaintiff directly.

IT IS FURTHER ORDERED that Minor Plaintiff's Next Friend, Cynthia Hatfield, shall, upon the tender of the sum of TEN THOUSAND AND 00/100 ($10,000.00) for the settlement of Minor Plaintiff B.G.'s claims, execute a release and such other pleadings and documents to completely resolve this matter and acknowledge satisfaction of her claims.

Date: May 31, 2018

_____
JUDGE OF THE CIRCUIT COURT

Respectfully prepared and submitted by,

**DICKERSON OXTON, LLC**

/s/ Kahlie M. Hoffman
Kahlie M. Hoffman          KS# 26805
1200 Main Street, Suite 2120
Kansas City, Missouri 64105
Phone: (816) 268-1960
Fax: (816) 268-1965
khoffman@dickersonoxton.com
*Attorney for Minor Plaintiff B.G. and*
*Next Friend Cynthia Hatfield*

# EXHIBIT A

## DISTRIBUTION OF SETTLEMENT

### B.G., Minor

### Date of Birth: XX/XX/2002

| | |
|---|---|
| Total Proceeds Paid by Defendant: | $10,000.00 |
| Less: | |
| Attorney's Fees | $1,609.22 |
| Case Expenses | $4,889.14 |
| Lien – KanCare/Amerigroup Kansas, payable to Optum | $1,314.42 |
| Payable to Cynthia Hatfield – loss of services | $578.00 |
| **Net Proceeds to be paid to B.G.'s Next Friend And Natural Mother, Cynthia Hatfield, to be used for the sole respective use and benefit of Minor B.G.** | **$1,609.22** |